CEM

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 478**

In the Matter of                                            Case Number:

CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, et al.

   v.

JOHN C. WYMAN, individually and d/b/a WYMAN CONSTRUCTION

**JUDGE ST. EVE**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, et al., Plaintiffs herein

| | |
|---|---|
| NAME (Type or print) |
| Cecilia M. Scanlon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Cecilia M. Scanlon |
| FIRM |
| Baum Sigman Auerbach & Neuman, Ltd. |
| STREET ADDRESS |
| 200 W. Adams Street, Suite 2200 |
| CITY/STATE/ZIP |
| Chicago, IL   60606-5231 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6288574 | 312/236-4316 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐