AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CARPENTERS FRINGE BENEFIT FUNDS
OF ILLINOIS, et al.

V.

JOHN C. WYMAN, individually and d/b/a
WYMAN CONSTRUCTION

CASE NUMBER: **08 C 478**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

JUDGE ST. EVE
MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

Mr. John C. Wyman
730 Hackberry Court
Bartlett, IL  60103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Cynthia Merced* (signature)

---------------------------------
(By) DEPUTY CLERK

January 23, 2008
---------------------------------
Date

State of Illinois

County of USDC CHICAGO

General No.: 08C478

## AFFIDAVIT OF SERVICE

MICHAEL McGLOON deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 2/10/2008 at 5:57:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT on Wyman, John C. as shown below:

Substitute service was made by leaving a true and correct copy of the SUMMONS and COMPLAINT, at the usual place of abode of Wyman, John C. with a person residing therein, to wit Wyman, Chris, co-habitant, a person of the age of 13 years or upwards, who was informed of the contents thereof.

Said service was effected at 730 Hackberry Ct., Bartlett, IL  60103

Furthermore, I caused to be mailed, first class postage fully prepaid, a copy of the SUMMONS and COMPLAINT in a sealed envelope addressed to Wyman, John C., 730 Hackberry Ct., Bartlett, IL 60103

Description of Person Served: Sex: M   Height: 510   Weight: 300   Race: W   Age: 50ish

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

2-12-08
Dated

Michael McGloon
117-000192