IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*,  )<br>)<br>          Plaintiffs,  )<br>)<br>     vs.  )<br>)<br>JOHN C. WYMAN, individually and d/b/a  )<br>WYMAN CONSTRUCTION,  )<br>)<br>          Defendant.  ) | CIVIL ACTION<br><br>NO. 08 C 0478<br><br>JUDGE AMY J. ST. EVE |

## NOTICE OF MOTION

TO:     Mr. John C. Wyman
        730 Hackberry Court
        Bartlett, IL   60103

YOU ARE HEREBY NOTIFIED that on **Monday**, the **17th** day of **March 2008** at **8:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Amy J. St. Eve, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1241, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing an Audit.  A copy of said motion is hereby served upon you.

                                        /s/   Jennifer L. Dunitz-Geiringer

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 10th day of March 2008:

    Mr. John C. Wyman
    730 Hackberry Court
    Bartlett, IL   60103


            /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\CarpsJ\Wyman Construction\notice of motion.jdg.df.wpd