UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Carpenters Fringe Benefit Funds of Illinois, et al.
                                                      Plaintiff,
v.                                                    Case No.: 1:08−cv−00478
                                                      Honorable Amy J. St. Eve
John C Wyman
                                                      Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 17, 2008:

MINUTE entry before Judge Honorable Amy J. St. Eve:Motion for entry of default [11] is granted; Motion for order [11] is granted; Status hearing held on 3/17/2008; ( Status hearing set for 5/1/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.