IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 08 C 0478 |
| vs. | ) ) | JUDGE AMY J. ST. EVE |
| JOHN C. WYMAN, individually and d/b/a WYMAN CONSTRUCTION, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR ORDER SETTING
A HEARING ON A RULE TO SHOW CAUSE**

NOW COME Plaintiffs, CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, by their attorneys, and move this Court for the entry of an Order to set a hearing on a rule to show cause why JOHN C. WYMAN should not be held in contempt of Court for failure to comply with the Court's Order of March 17, 2008 directing an audit of Defendant's payroll books and records for the time period March 2005 forward.  Attached in support of this Motion is the Affidavit of Jennifer L. Dunitz-Geiringer.

/s/   Jennifer L. Dunitz-Geiringer

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for an Order Setting a Hearing on a Rule to Show Cause) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 23rd day of April 2008:

> Mr. John C. Wyman
> 730 Hackberry Court
> Bartlett, IL   60103

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\CarpsJ\Wyman Construction\motion-rule.jdg.df.wpd