IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 08 C 0478 |
| JOHN C. WYMAN, individually and d/b/a WYMAN CONSTRUCTION, | ) ) ) | JUDGE AMY J. ST. EVE |
| Defendant. | ) ) | |

## **AFFIDAVIT**

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

JENNIFER L. DUNITZ-GEIRINGER, being first duly sworn upon oath, deposes and states as follows:

1. I am one of the attorneys for the Plaintiffs in the above-captioned action.

2. On March 17, 2008, this Court entered an Order requiring the Defendant to submit to an audit of its payroll books and records for the time period March 2005 forward within 30 days of the entry of said Order (a copy of the Order entered March 17, 2008 is attached hereto as Exhibit A).

3. On March 17, 2008, I wrote to the Defendant, John C. Wyman, individually and d/b/a Wyman Construction, and informed the Defendant of the entry of the Order and enclosed a copy of the Order. I also informed Defendant that if he failed to contact Plaintiffs to schedule the audit, I

would return to Court to enforce the Order (a copy of the correspondence dated March 17, 2008 is attached hereto as Exhibit B).

4.  Defendant has failed to contact the Plaintiffs in order to comply with the Court Order of March 17, 2008, requiring an audit of Defendant's payroll books and records for March 2005 forward.

5.  I make this Affidavit in support of the Plaintiffs' Motion for an Order Setting a Hearing on a Rule to Show Cause.

FURTHER AFFIANT SAYETH NOT.

/s/   Jennifer L. Dunitz-Geiringer

SUBSCRIBED AND SWORN TO
before me this 22nd
day of April 2008.

/s/   Deborah A. Farrell
         NOTARY PUBLIC

I:\CarpsJ\Wyman Construction\dunitz-geiringer affidavit-rule.jdg.df.wpd