# EXHIBIT A



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT ) <br> FUNDS OF ILLINOIS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JOHN C. WYMAN, individually and d/b/a ) <br> WYMAN CONSTRUCTION, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 08 C 0478 <br><br> JUDGE AMY J. ST. EVE |

## ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, JOHN C. WYMAN, individually and d/b/a WYMAN CONSTRUCTION, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been taken, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendant is bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3. The Defendant is obligated to make contributions to each of the Plaintiff Funds in accordance with collective bargaining agreement.

4. The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5. Pursuant to such Agreement and Declaration of Trust, Plaintiffs are entitled to examine the payroll books and records of an Employer required to make contributions to the Plaintiff Funds.

6. Such audits are to be made and conducted by the accountants of the Plaintiff Funds.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

A. That Defendant make available to the accounting firm of Bansley and Kiener, LLP, Accountants for the Plaintiff Funds, within thirty (30) days of the entry of this Order, its payroll books and records covering the period of March 2005 through the present date for which it is found that contributions are required to be made, and that an account be taken as to all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint of the Plaintiffs, as to wages received and hours worked, and determination be made of amount due Plaintiffs.

B. The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 17, 2008

2

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

C:\Temp\notes6030C8\order for audit.jdg.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Order) to be served upon:

>Mr. John C. Wyman
>730 Hackberry Court
>Bartlett, IL   60103

by U.S. Mail on or before the hour of 5:00 p.m. this 10th day of March 2008.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

C:\Temp\notes6030C8\order for audit.jdg.df.wpd

# EXHIBIT B

**BAUM SIGMAN AUERBACH & NEUMAN, LTD.**
Attorneys and Counsellors



200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
312.236.4316
Fax 312.236.0241

March 17, 2008

**Jennifer L. Dunitz-Geiringer**

E-mail Address:
jdunitz.geiringer@baumsigman.com

Mr. John C. Wyman
Wyman Construction
730 Hackberry Court
Bartlett, IL 60103

Re: Carpenters Fringe Benefit Funds of Illinois, *et al.*
v. John C. Wyman, individually and d/b/a Wyman Construction
Civil Action No. 08 C 0478
Our File No. 20251

Dear Mr. Wyman:

Enclosed is a copy of the Order entered today by the Honorable Judge Amy J. St. Eve directing an audit of your company's payroll books and records for the time period March 1, 2005 through the present date. Accordingly, we demand that you contact us within seven (7) days of the date of this letter for the purpose of scheduling an audit.

Your failure to contact us and schedule the required audit will leave us no alternative but to return to court in order to initiate contempt proceedings. Your company will be liable for any additional attorneys' fees incurred as a result of further litigation of this matter.

This matter requires your immediate attention.

Sincerely,

**BAUM SIGMAN AUERBACH & NEUMAN, LTD.**

Jennifer L. Dunitz-Geiringer

JDG/df
Enclosure
cc: Debbie French
I:\CarpsJ\Wyman Construction\wyman 03-17-08.jdg.df.wpd