IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 08 C 0478 |
| JOHN C. WYMAN, individually and d/b/a WYMAN CONSTRUCTION, | ) ) ) ) | JUDGE AMY J. ST. EVE |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Mr. John C. Wyman
      730 Hackberry Court
      Bartlett, IL   60103

YOU ARE HEREBY NOTIFIED that on **Thursday**, the **1st** day of **May 2008** at **8:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Amy J. St. Eve, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1241, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for an Order Setting a Hearing on a Rule to Show Cause.  A copy of said motion is hereby served upon you.

/s/   Jennifer L. Dunitz-Geiringer

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 23rd day of April 2008:

                    Mr. John C. Wyman
                    730 Hackberry Court
                    Bartlett, IL   60103

                    /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\CarpsJ\Wyman Construction\notice of motion-rule.jdg.df.wpd