IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 08 C 0478 |
| JOHN C. WYMAN, individually and d/b/a WYMAN CONSTRUCTION, | ) ) ) ) | JUDGE AMY J. ST. EVE |
| Defendant. | ) | |

## ORDER

THIS MATTER, coming on to be heard upon Motion of Plaintiffs herein, by their attorneys, it appearing to the Court that the Defendant has failed to comply with the Court's Order of March 17, 2008 directing an audit of Defendant's payroll books and records for the time period March 2005 forward;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

That JOHN C. WYMAN appear before this Court on May 27, 2008 at 8:30 a.m., in Courtroom 1241, to show cause why he should not be held in contempt of Court for failure to comply with the Court's Order of March 17, 2008.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 1, 2008
Jennifer L. Dunitz-Geiringer

Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

G:\Civil\08 Cases\08 C 478\order-rule.jdg.df.wpd

**CERTIFICATE OF SERVICE**

     The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Order) to be served upon:

                Mr. John C. Wyman
                730 Hackberry Court
                Bartlett, IL  60103

by U.S. Mail on or before the hour of 5:00 p.m. this 23rd day of April 2008.


                /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

G:\Civil\08 Cases\08 C 478\order-rule.jdg.df.wpd