## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Carpenters Fringe Benefit Funds of Illinois, et al.

                                              Plaintiff,

v.                                                          Case No.:
                                                           1:08−cv−00478

                                                           Honorable Amy J.
                                                           St. Eve

John C Wyman

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Show Cause Hearing held on 6/24/08 and continued to 7/15/2008 at 08:30 AM. Defendant must comply with this Court's 5/1/08 order by 7/8/08. Failure to do so may result in the issuance of a body attachment.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.