# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 478 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Carpenters Fringe Benefit Funds vs. John C. Wyman | | |

**DOCKET ENTRY TEXT**

Show cause hearing held on 7/15/08. Plaintiffs' oral motion for body attachment is granted. Writ of attachment to issue as to John C. Wyman. Status hearing set for 8/19/08 at 8:30 a.m. Enter Order for Issuance of Body Attachment.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | KF |
|---|---|---|