


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN C. WYMAN, individually and d/b/a WYMAN CONSTRUCTION, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 08 C 0478 <br><br> JUDGE AMY J. ST. EVE |

### ORDER FOR ISSUANCE OF BODY ATTACHMENT

Upon the hearing of a Rule to Show Cause why Defendant, JOHN C. WYMAN, individually and d/b/a WYMAN CONSTRUCTION, should not be held in contempt of court, in failing to comply with this Court's Order of March 17, 2008 directing Defendant to make available to the accounting firm of Bansley and Kiener, LLP, Accountants for the Plaintiffs, within thirty (30) days of the entry of the Order dated March 17, 2008, its payroll books and records covering the period March 2005 forward, as set forth in the Complaint, as required by said Order,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

That the Clerk of this Court issue an attachment against JOHN C. WYMAN, for disobedience to said Order of March 17, 2008 and in refusing to appear before the Honorable Judge Amy J. St. Eve on July 15, 2008, and commending the Marshal of the United States for the Northern District of Illinois, to forthwith attach the body of JOHN C. WYMAN, if he be found in said District, and to bring him before the Honorable Amy J. St. Eve, Judge of the United States District Court for

the Northern District of Illinois, at the United States Courthouse, Courtroom 1241, in Chicago, Illinois, during normal business hours, there to be dealt with as the law directs.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 15, 2008

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\CarpsJ\Wyman Construction\order for body attachment.jdg.df.wpd