## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | Ruben Castillo |
|---|---|---|---|
| **CASE NUMBER** | 08 C 478 | **DATE** | 8/11/2008 |
| **CASE TITLE** | Carpenters Fringe Benefit Funds of Illinois vs. John C. Wyman | | |

**DOCKET ENTRY TEXT**

Hearing held on the body attachment as to John C. Wyman. John C. Wyman is directed to produce the records to plaintiff on or before 8/18/2008. The body attachment entered by the court on 7/15/2008 is discharged.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SLB |
|---|---|---|